UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE GARRISON, et al.,

Plaintiffs,

v.

MICROSOFT, et al.,

Defendants.

Case No. 26-cv-05249-JSC

**ORDER OF DISMISSAL**

**INTRODUCTION**

Plaintiff Steve Garrison,[1] an inmate in Santa Clara County Jail who is proceeding without representation by an attorney, filed this civil complaint against Microsoft, Open A.I., Sam Altman, and Greg Brockman. (ECF No. 1 at 1.) Plaintiff is granted leave to proceed in forma pauperis in a separate order. For the reasons explained below, the complaint is DISMISSED as frivolous.

**BACKGROUND**

Plaintiff makes wide-ranging, far-fetched, and at times incomprehensible allegations and claims. Plaintiff states his complaint is for "a RICO Act, Embezzlement, Grand Larceny, Yick Wo Violation (Individual Hate Crime) PC 186.1 Violation (Cal Control of Profits of Organized Crime Act): Writ of Prohibition: Grand Jury under Mandamus." (*Id.*)

Plaintiff alleges "fraudulent judges, who lack B.A.R. [(British Accredit Registretie)] Lic. #, not one so called (90%) judges attorney in violation of treason, in California is the death penalty or life w/o." (*Id.* at 1-2.) He further alleges "the lawyer William Savitt for Open AI" violated "the 1775 peace treaty; "the California Constitution 31(H) allows [Plaintiff] to advocate for Mr. Musk,

[1] Garrison has listed additional individuals, including Elon Musk, as plaintiffs, but only Garrison signed the complaint and application to proceed in forma pauperis. (ECF Nos. 1, 3.) If the other listed Plaintiffs, which include Elon Musk, wish to pursue claims, they may file their own separate case or cases.

United States District Court
Northern District of California

Tesla;" and "the fact [Plaintiff] is in illegal custody, its Treason." (*Id.* at 2-3.) He alleges a ruling by a judge of this court "is a judicial misconduct for not adhe[]ring to judicial notice to leads to pay off by Donald Trump;" his attorneys fees are "$852 billion;" and he "will call if this don't stop all these acts of treason, and will petition the U.N., Geneva, Parli[a]ment, to enforce the (PRA), and King Charles will order such, and Trump." (*Id.* at 3-4.) Plaintiff also alleges his "friend" will be "prosecuting the Co. for acts of genocide per PC 13680," which "makes Defendants guilty of such violation and can face execution." (*Id.* at 6.)

**STANDARD OF REVIEW**

Section 1915(e)(2) provides that the court "shall" dismiss any case brought in forma pauperis "if the court determines" the action is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. Section 1915(e)(2) is not limited to prisoners or to suits against governmental defendants. *Calhoun v. Stahl*, 254 F.3d 845, 845 (9th Cir. 2001). Pleadings filed by unrepresented parties must be liberally construed. *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990).

**LEGAL CLAIMS**

Plaintiff's complaint must be dismissed as frivolous. A claim is frivolous if it is premised on an indisputably meritless legal theory or is clearly lacking any factual basis. *Neitzke v. Williams*, 490 U.S. 319, 327 (1989). Examples are claims describing fantastic or delusional scenarios "with which federal district judges are all too familiar." *Id.* at 328.

Section 1915(e)(2) accords judges the unusual power to pierce the veil of the complaint's factual allegations and dismiss as frivolous those claims whose factual contentions are clearly baseless. *Denton v. Hernandez*, 504 U.S. 25, 32 (1992). To pierce the veil of the complaint's factual allegations means that a court is not bound, as it usually is when making a determination based solely on the pleadings, to accept without question the truth of the plaintiff's allegations. *Id.* But, this initial assessment of the plaintiff's factual allegations must be weighed in favor of the plaintiff. *Id.* A frivolousness determination cannot serve as a factfinding process for the resolution of disputed facts. *Id.* A finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are

United States District Court
Northern District of California

judicially noticeable facts available to contradict them. *Id.* at 32-33. The complaint may not be dismissed simply because the court finds the plaintiff's allegations unlikely or improbable. *Id.* at 33.

Plaintiff's claims that federal judges are committing "treason" because they are not members of the "British Accredit Registretie;" Open AI's attorney violated a 1775 peace treaty; he has authority to represent Elon Musk and Tesla, Inc., in court; his "illegal custody" is "treason;" he has 852 billion dollars in attorney's fees; he can call the United Nations, Parliament, King Charles, and Donald Trump to stop Defendants' "acts of treason;" and "genocide" by the County warrants "execution" of Defendants (who are private entities and individuals) "are wholly incredible and delusional. (*See* ECF No. 1.) Consequently, under Section 1915(e)(2), the Court pierces the veil of Plaintiff's factual allegations and finds these claims frivolous.

**CONCLUSION**

For the foregoing reasons, the case is DISMISSED without leave to amend as frivolous. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 17, 2026

JACQUELINE SCOTT CORLEY
United States District Judge